1:14CV1739

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_
☒ Agent
☐ Addressee

B. Received by (Printed Name): D Domanik

C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

1. Article Addressed to:

Felix Lopez
572 John Ross Parkway
Suite 101
Rock Hill, SC 29730

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7012 3460 0001 9232 6912

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

UNITED STATES POSTAL SERVICE

MC 282
15 AUG '14
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Office of the Clerk
U.S. District Court, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

1:14cv1739

Case: 1:14-cv-01739-DCN Doc #: 3 Filed: 08/19/14 3 of 6. PageID #: 33

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

United Receivables Group, LLC
c/o National Corporate Research LTD
904 Master Drive
Galloway, OH 43119

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Amy Aaron* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Amy Aaron
C. Date of Delivery: 8-14-14

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7012 3460 0001 9232 6561

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

UNITED STATES POSTAL SERVICE
COLUMBUS
15 AUG '14
PM 2 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Office of the Clerk
U.S. District Court, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Angel W. Lopez
572 John Ross Parkway
Suite 107
Rock Hill, SC 29730

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☑ Agent
☐ Addressee

B. Received by (Printed Name): D Donahue
C. Date of Delivery:

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7012 3460 0001 9232 6929

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-15

UNITED STATES POSTAL SERVICE

NC 282
15 AUG '14
PM 3 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

The Office of the Clerk
U.S. District Court, N.D. Ohio
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, OH 44113

13183025