

7012 3460 0001 9232 6516



From: **The Office of the Clerk**
**United States District Court, N.D. Ohio**
Carl B. Stokes U.S. Court House
801 West Superior Avenue
Cleveland, Ohio 44113



ANK

To: **Robert Rogers**
572 John Ross Parkway, Suite 10[?]
Rock Hill, SC 29730



RETURN TO SENDER

- ☐ UNDELIVERABLE AS ADDRESSED
- ☑ ATTEMPTED NOT KNOWN
- ☐ INSUFFICIENT ADDRESS
- ☐ NO MAIL RECEPTACLE
- ☐ TEMPORARILY AWAY
- ☐ NO SUCH NUMBER  ☐ REFUSED
- ☐ NO SUCH STREET  ☐ VACANT
- ☐ IN DISPUTE  ☐ ILLEGIBLE
- ☐ BOX CLOSED  ☐ UNCLAIMED
- ☐ MLNA - UNABLE TO FORWARD

1:14cv1739

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Robert Rogers<br>522 John Ross Parkway<br>Suite 107<br>Rock Hill, SC 29730 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☑ Certified Mail  ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7012 3460 0001 9232 6516 |

PS Form 3811, February 2004  Domestic Return Receipt  102595-02-M-1540