UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THOMAS LAMBERT, | ) | Case No. 1:14 CV 1739 |
| | ) | |
| | ) | JUDGE DONALD C. NUGENT |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER OF DISMISSAL |
| | ) | |
| UNITED RECEIVABLES GROUP, | ) | |
| LLC, et al., | ) | |
| | ) | |
| Defendants. | ) | |

   Plaintiff's counsel  has notified the Court that above captioned case has been dismissed with prejudice. Therefore, this case is dismissed with prejudice.

   IT IS SO ORDERED.


        _/s/Donald C. Nugent___
        DONALD C. NUGENT
        United States District Judge


DATE: _October 6, 2014__